[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 3, 2005
THOMAS  K. KAHN
CLERK

No.  04-16547

D. C. Docket No.  04-00017-CR-001-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN LEE BAILEY,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Georgia

**(November 3, 2005)**

Before TJOFLAT and KRAVITCH, Circuit Judges, and JORDAN*, District Judge.

*Honorable Adalberto Jordan, United States District Judge for the Southern District of Florida, sitting by designation.

PER CURIAM:

AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.[1]

--------

[1] 11th Cir. R. 36-1 provides:
When the court determines that any of the following circumstances exist:
    (a)  judgment of the district court is based on findings of fact that are not clearly erroneous;
    (b)  the evidence in support of a jury verdict is sufficient;
    (c)  the order of an administrative agency is supported by substantial evidence on the record as a whole;
    (d)  summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
    (e)  judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.